BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7168; jeffrey.shih@usdoj.gov

Attorneys for the United States of America

**FILED**

FEB 15 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:17-70071 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND EXTENDING TIME UNDER RULE 5.1 |
| v. | |
| APRIL MYRES, | |
| Defendant. | |

The parties appeared before the Court for a status conference on February 15, 2017. The parties, with the consent of the defendant, hereby stipulate as follows:

1. The defendant is currently out of custody.

2. The United States has provided the defendant with initial discovery materials, and the defense requires additional time to review the discovery, to confer with the defendant and the United States, and to prepare effectively.

3. There is good cause to exclude time under the Speedy Trial Act as the ends of justice from such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. Specifically, such an exclusion provides defense counsel reasonable time for effective preparation, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

4. Additionally, there is good cause to extend the time for a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure, taking into account the public interest in the prompt disposition of criminal cases.  Specifically, such an extension provides defense counsel reasonable time for effective preparation, taking into account due diligence.  Defense counsel also believes that such an extension is in the defendant's best interest. Fed. R. Crim. P. 5.1(d).

5. Based on the foregoing, the parties jointly and respectfully request that the Court issue the proposed order continuing the preliminary hearing and excluding time under the Speedy Trial Act and extending time under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO STIPULATED.

DATED: February 15, 2017

TONY TAMBURELLO
Counsel for Defendant

BRIAN J. STRETCH
United States Attorney

DATED: February 15, 2017

JEFFREY SHIH
Assistant United States Attorney

# [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME

Based on the stipulation of the parties, the consent of the defendant, and on good cause shown, the Court orders the following:

(a) The preliminary hearing in this case is hereby set before the duty Magistrate Judge on __3/22__, 2017, at 9:30 a.m.

(b) The time period from the date of this Order, through and including the date set in Paragraph (a) above for the preliminary hearing, is excluded from the time period under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure. The Court bases this exclusion of time and makes the findings as stipulated by the parties above in Stipulations Three and Four.

IT IS SO ORDERED.

Dated: February 15, 2017

_____
HON. LAUREL BEELER
United States Magistrate Judge