1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2

3  BARBARA VALLIERE (DCBN 439353)
   Chief, Criminal Division
4

   JEFFREY SHIH (CABN 296945)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      (415) 436-7168; jeffrey.shih@usdoj.gov

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,           )  CASE NO. 3:17-70071
                                        )
13              Plaintiff,              )  STIPULATION AND
         v.                             )  [PROPOSED] PROTECTIVE ORDER
14                                      )
    APRIL MYRES,                        )
15                                      )
                Defendant.              )
16                                      )
                                        )
17  _____)

18        Pursuant to Federal Rule of Criminal Procedure 16(d), the United States and the defendant,

19  through their respective undersigned counsel, hereby stipulate and agree that the Court should enter this

20  proposed Protective Order requiring that the following restrictions shall apply to the discovery that the

21  United States produces and designates as "Protected Material":

22        1.      The Criminal Complaints charge the defendant with engaging in mail fraud, wire fraud,

23  and a conspiracy to commit mail and wire fraud in connection with an insurance claim, which included

24  items that the San Francisco Sheriff's Department ("SFSD") had issued to the defendant, and with

25  disposing of a firearm by providing it to a convicted felon, specifically, an individual who the defendant

26  while on duty met in the San Francisco County Jail.  The discovery in this case may thus relate to the

27  SFSD, the defendant's employment at SFSD, the San Francisco County Jail, other employees and

28  inmates at the San Francisco County Jail, and other civilian witnesses and/or victims.

STIPULATION RE PROTECTIVE ORDER              1

1   2.   Based on the sensitive nature of such information, including institutional security,

2   witness safety, and personal identifying information and the privacy of third-parties, the United States

3   may designate certain materials as Protected Material (e.g., Bates-stamped "PROTECTED

4   MATERIAL") and in lieu of making such Protected Material only available for inspection, produce the

5   Protected Material to defense counsel under the terms of this Stipulation and Protective Order.

6   3.   The following individuals (the "Defense Team") may access and examine the Protected

7   Material under the conditions set forth herein for the sole purpose of preparing the defense and for no

8   other purpose:     a.   counsel for the defendant;

9
        b.   persons employed by defense counsel who are assisting with the
             preparation of the defense;
10

11      c.   any expert retained on behalf of the defendant to assist in the defense of
             this matter;

12      d.   any investigator retained on behalf of the defendant to assist in the defense
             of this matter; and
13

14      e.   the defendant.

15   Counsel for the defendant shall advise the individuals on the Defense Team of the requirements and the

16   restrictions in this Stipulation and Protective Order, as well as the Court's entry of the Protective Order.

17   4.   The Defense Team (a) shall maintain the Protected Material in a secure location (e.g.,

18   locked drawer, cabinet, or safe) or secure electronic device (e.g., password-protected computer, memory

19   stick), (b) shall maintain a copy of this Stipulation and Protective Order with the Protected Material at

20   all times, and (c) shall not share or give copies to other persons.

21   5.   The Defense Team may supervise other persons in examining the Protected Material only

22   if all of the following conditions are met: (a) the Defense Team maintains custody of the Protected

23   Material at all times; (b) the Defense Team is present during the review; and (c) the review is for the

24   sole purpose of preparing the defense and for no other purpose.  The Defense Team shall not allow other

25   persons to take or maintain in their possession any Protected Material or copies thereof.

26   6.   The United States will produce one copy of the Protected Material to the Defense Team.

27   The Defense Team may make copies of the Protected Material, but must maintain such copies in

28   accordance with Paragraph 4 above.  The Defense Team shall not publicly offer, file, or lodge any

STIPULATION RE PROTECTIVE ORDER                    2

1  Protected Material unless (a) the United States provides written concurrence, (b) pursuant to further

2  Court order, or (c) it is done under seal.

3        7.      Any willful violation of this Stipulation and Protective Order shall constitute a criminal

4  contempt of Court for which sanctions are provided by law.

5        8.      This Stipulation and Protective Order shall remain in effect until the Defense Team

6  returns the Protected Material (and any copies) to the United States.  The Defense Team shall return the

7  Protected Material (and any copies) to the United States within 30 days of the entry of judgment on all

8  charges, unless a direct appeal is filed, in which case the Defense Team shall complete the return to the

9  United States within 30 days of the date when the direct appeal is finally determined.

10        9.      The parties shall meet and confer regarding any amendments to or any disputes arising

11  under this Stipulation and Protective Order.  The parties in this case have negotiated this Stipulation and

12  Protective Order, which does not constitute a concession or waiver by either party regarding discovery

13  procedures generally in this case or in any other or future case.

14  IT IS SO STIPULATED.

15

16

17  DATED: March  2 , 2017

TONY TAMBURELLO
Counsel for Defendant

18

19

20

21

BRIAN J. STRETCH
United States Attorney

22

23  DATED: March  2 , 2017

JEFFREY SMITH
Assistant United States Attorney

24

25

26

27

28

STIPULATION RE PROTECTIVE ORDER                    3

1

## [PROPOSED] PROTECTIVE ORDER

2      IT IS SO ORDERED that disclosure of the above-described materials shall be restricted pursuant

3  to the stipulation of the parties.

4  Dated: March **2**, 2017

_____

HON. LAUREL BEELER
5                                              United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25